**ORDERED.**

Dated: November 24, 2010

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

TIFFANY & BOSCO P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-23164

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Maria Meraz and Erdulfo Meraz<br>      Debtors.<br>_____<br>U.S. Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates Series 2006-WFHE3<br>      Movant,<br>  vs.<br><br>Maria Meraz and Erdulfo Meraz, Debtors, Beth Lang, Trustee.<br><br>      Respondents. | No. 4:10-BK-25721-EWH<br><br>Chapter<br><br>ORDER<br><br>(Related to Docket #11) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is further described as:

> Lot 8 and the West 14.28572 feet of Lot 7, Block 9, of SUNNYSIDE ADDITION, according to Book 3
> of Maps, page 136, records of Pima County, Arizona.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.